*Form 130* (3/23)–doc 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )
   Sara Marie Eckman                      )          Case No. 26–11483–pmm
                                          )
                                          )
   Debtor(s).                             )          Chapter: 13
                                          )
                                          )

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Means Test Calculation 122C–2 Due 4/22/26
Plan Due 4/22/26
Schedules A/B Due 4/22/26
Schedules C Due 4/22/26
Schedules D Due 4/22/26
Schedules E/F Due 4/22/26
Schedules G Due 4/22/26
Schedules H Due 4/22/26
Schedules I Due 4/22/26
Schedules J Due 4/22/26
Statement of Current Monthly Income (122C–1) Due 4/22/26
Statement of Financial Affairs Due 4/22/26
Summary of Assets and Liabilities Due 4/22/26

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: April 9, 2026                                By the Court

                                                  Patricia M. Mayer
                                                  Judge, United States Bankruptcy Court