**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| **Sara Marie Eckman,** | : | |
| **Debtor.** | : | **Case No 26-11483 (PMM)** |

_____

**ORDER DENYING MOTION AND SETTING DEADLINE FOR PAYMENT OF FEE**

**AND NOW**, upon consideration of the Debtor's Application to Pay the Filing Fee in

Installments (doc. #6, the "Application");

It is hereby **ordered** that:

1)    The Application is **denied**;

2)    The Debtor must pay the full filing fee of $313.00 on or before **April 21, 2026**;

and

3)    Failure to timely pay the full filing fee may result in **dismissal** of this case

without further notice or hearing.

Dated: 4/9/26

_Patricia M. Mayer_

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
Sara Marie Eckman
3461 Park Pl
Bethlehem, PA 18017